Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Shelly R. Madole

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY R. MADOLE, | ) Case No.: CV 10-6522 JWF(FFM) |
| Plaintiff, | ) |
| | ) [~~PROPOSED~~] ORDER AWARDING |
| vs. | ) EQUAL ACCESS TO JUSTICE ACT |
| | ) ATTORNEY FEES AND EXPENSES |
| MICHAEL J. ASTRUE, | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| Commissioner of Social Security, | ) |
| Defendant | ) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal
Access to Justice Act Fees and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,750.00 as
authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE:  August 9, 2011

                    /S/ FREDERICK F. MUMM
                    THE HONORABLE FREDERICK F. MUMM
                    UNITED STATES MAGISTRATE JUDGE

-1-